# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10341

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2016

Lyle W. Cayce
Clerk

IN RE: JOEL LENAMON, DEBTOR

JOEL LENAMON,

Appellant

v.

MORRIS FAMILY TRUST PARTNERSHIP,

Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CV-570-Y

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:*

This appeal has been considered in the light of the briefs and pertinent parts of the record. Based upon that review, the district court's order remanding this matter to the bankruptcy court for further proceedings, *Lenamon v. Morris Family P'ship*, Civ. Action No. 4:15-CV-570-Y, Doc. 13 (N.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

16-10341

D. Tex. 1 March 2016), does not meet the criteria for "final judgments, orders, or decrees", 28 U.S.C. § 158(d), as required for an appeal to this court. *E.g., In re Yazoo Pipeline Co., L.P.*, 746 F.3d 211, 214-15 (5th Cir. 2014).

Accordingly, this appeal is DISMISSED for lack of jurisdiction.